IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LARRY T. LINARES | § | |
| VS. | § | CIVIL ACTION NO. 1:26cv196 |
| CHARLES GONZALES | § | |

<u>MEMORANDUM OPINION AND ORDER</u>

Larry T. Linares, an inmate confined at the Connally Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Charles Gonzalez. The defendant is an administrative assistant employed by the Texas Behavioral Health Executive Council in Austin, Texas.

<u>Discussion</u>

The Civil Rights Act, 42 U.S.C. § 1981, *et. seq.*, under which this case is brought, does not contain a specific venue provision. Accordingly, venue in civil rights cases is controlled by 28 U.S.C. § 1391.

When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only in the judicial district where the defendants resides or in which the claim arose. Plaintiff's claims involve actions and omissions by the defendant which allegedly occurred in Austin, which is located in Travis County. His claims therefore arose in Travis County. In addition, the defendant appears to reside in Travis County.

Pursuant to 28 U.S.C. § 124, Travis County is located in the Austin Division of the United States District Court for the Western District of Texas. As a result, venue in the Eastern District of Texas is not proper.

When it is determined venue is not proper, the court "shall dismiss, or if it be in the interests of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). After considering the matter, the court is of the opinion that this matter should be transferred to the Western District of Texas.

<u>ORDER</u>

For the reasons set forth above, it is

**ORDERED** that this lawsuit is **TRANSFERRED** to the Austin Division of the United

States District Court for the Western District of Texas.

SIGNED this 26th day of May, 2026.

_____

Zack Hawthorn

United States Magistrate Judge